UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

WILLIAM VOYLES            *      NO. 6:18-CV-01410

VERSUS                *      JUDGE SUMMERHAYS

SUPERIOR STAFFING, L.L.C., ET AL   *      MAGISTRATE HANNA

**********************************************************************

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes S. Joseph Dupuis, Jr. and the law firm of S. Joseph Dupuis, Jr., A.P.L.C. ("Movers"), who move this Honorable Court for an Order allowing their withdrawal as counsel of record for Defendants, Superior Staffing, L.L.C., Superior Disaster Relief, L.L.C., and Scott Butaud, upon representing the following:

1.

On September 9, 2020, Movers emailed Scott Butaud notifying him that they intended to withdraw as counsel of record and requested that they be contacted by any other attorney or law firm who would be substituting herein as counsel of record herein for Movers no later than **Friday, September 25, 2020.**

2.

As of the filing of this motion, Movers have not been contacted by any attorney or law firm advising that any such attorney or law firm would be substituted as counsel of record in this matter for Defendants, Superior Staffing, L.L.C., Superior Disaster Relief, L.L.C., and Scott Butaud.

3.

Defendants, Superior Staffing, L.L.C., Superior Disaster Relief, L.L.C., and Scott Butaud have been notified by the undersigned of all pending court deadlines and/or all scheduling order deadlines in this matter.

4.

Opposing counsel is well aware of all pending court deadlines and/or all scheduling order deadlines in this matter.

5.

The current home address of Scott Butaud, who is a defendant herein and the principal of defendants, Superior Staffing, L.L.C. and Superior Disaster Relief, L.L.C., is unknown. However, the current telephone number of Defendant, Scott Butaud, is (337) 319-3425. The current email address of Defendant, Scott Butaud, is sbutaud@superiordr.com.

6.

Movers herein request that a telephone conference be set to consider this Motion, and to the extent that it is necessary.

Respectfully submitted,

S. JOSEPH DUPUIS, JR. (#24397)
S. JOSEPH DUPUIS, JR., A.P.L.C.
700 Saint John Street, Suite 401
Lafayette, Louisiana 70501
Telephone: 337.205.7909
Telecopier: 337.205.7898
Email: joey@dupuisplc.com

Attorney for Defendants, Superior Staffing, L.L.C.,
Superior Disaster Relief, L.L.C., and Scott Butaud

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been served upon all counsel and/or parties in this matter by notice through the CM/ECF system of the Court and/or by United States mail, postage prepaid and properly addressed on this 28th day of September, 2020.

_____
S. JOSEPH DUPUIS, JR.