**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**WILLIAM VOYLES**                                      *        **NO. 6:16-CV-00247**

**VERSUS**                                                      *        **JUDGE SUMMERHAYS**

**SUPERIOR STAFFING, L.L.C., ET AL** *        **MAGISTRATE HANNA**

**********************************************************************************

## <u>ORDER</u>

Considering the Motion to Withdraw as Counsel of Record filed herein by S. Joseph Dupuis, Jr. and S. Joseph Dupuis, Jr., A.P.L.C.,

IT IS ORDERED that S. Joseph Dupuis, Jr. and S. Joseph Dupuis, Jr., A.P.L.C. be and are withdrawn as counsel of record for Defendants, Superior Staffing, L.L.C., Superior Disaster Relief, L.L.C., and Scott Butaud, or alternatively;

IT IS ORDERED that a telephone conference is hereby set for the _____ day of _____, 2020 to consider the Motion to Withdraw as Counsel of Record filed herein by S. Joseph Dupuis, Jr. and S. Joseph Dupuis, Jr., A.P.L.C.,

Lafayette, Louisiana this _____ day of _____, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA