**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**WILLIAM VOYLES**                                    **CASE NO.  6:18-CV-01410**

**VERSUS**                                                      **JUDGE SUMMERHAYS**

**SUPERIOR STAFFING L L C ET AL**      **MAGISTRATE JUDGE HANNA**

## ORDER

For the reasons discussed at the October 19, 2020 telephone conference regarding the Motion to Withdraw filed by Steven Joseph Dupuis, Jr., (Rec. Doc. 66),

IT IS ORDERED that Mr. Dupuis's Motion to Withdraw (Rec. Doc. 66) be GRANTED IN PART AND DENIED IN PART. The Motion is granted as to Scott Butaud. The Motion is denied as to Superior Staffing, LLC and Superior Disaster Relief, LLC.

IT IS FURTHER ORDERED that the Clerk shall serve Mr. Butaud with all orders forthcoming from the Court at his email address and via regular mail.

Signed at Lafayette, Louisiana on this 19th day of October, 2020.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE