UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| WILLIAM VOYLES., Individually and For Others Similarly Situated, | **Case No.:** |
| | Collective Action |
| v. | |
| SUPERIOR STAFFING, LLC SUPERIOR DISASTER RELIEF, LLC AND SCOTT BUTAUD | |

## MOTION TO ENROLL

NOW, by the undersigned counsel, comes Defendant, SUPERIOR STAFFING, LLC SUPERIOR DISASTER RELIEF, LLC AND SCOTT BUTAUD, to move the Court to enroll counsel(s) of record, namely Steven G. Durio and Lauren Noel Maurer, respectfully averring:

1.

On September 9, 2020, S. Joseph Dupuis and S. Joseph Dupuis, A Professional Corporation, withdrew their position as counsel for the Defendant, SUPERIOR STAFFING, LLC SUPERIOR DISASTER RELIEF, LLC AND SCOTT BUTAUD.

2.

A trial date is currently not set in this matter.

3.

Defendant, SUPERIOR STAFFING, LLC SUPERIOR DISASTER RELIEF, LLC AND SCOTT BUTAUD would like to enroll counsel(s) of record, namely Steven G. Durio and Lauren Noel Maurer to represent them in this matter.

WHEREFORE, Defendant, SUPERIOR STAFFING, LLC SUPERIOR DISASTER RELIEF, LLC AND SCOTT BUTAUD prays for an order granting Steven G. Durio and Lauren Noel Maurer enrollment in the case as counsel of record.

Respectfully submitted,

___/s/ Lauren Noel Maurer_____
STEVEN G. DURIO (#05230)
LAUREN NOEL MAURER (#37243)
**Durio, McGoffin, Stagg & Ackermann**
220 Heymann Boulevard (70503)
Post Office Box 51308
Lafayette, LA   70505-1308
Phone:   (337) 233-0300
Fax:      (337) 233-0694
Email:   durio@dmsfirm.com
             lauren@dmsfirm.com
**Attorneys for Defendant,
SUPERIOR STAFFING, LLC SUPERIOR
DISASTER RELIEF, LLC AND SCOTT
BUTAUD**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has this day been forwarded to all counsel of record to this proceeding by:

_____ Telefacsimile transmission
___X___ Electronic transmission
_____ United States Mail, postage prepaid and properly addressed
_____ Express/Overnight delivery
_____ Hand delivery

Lafayette, Louisiana, this 28th day of June, 2021.

_____/s/ Lauren Noel Maurer_____

LAUREN NOEL MAUREr

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| WILLIAM VOYLES, Individually and For Others Similarly Situated,<br><br>v.<br><br>SUPERIOR STAFFING, LLC SUPERIOR DISASTER RELIEF, LLC AND SCOTT BUTAUD | **Case No.:**<br><br>Collective Action |

## ORDER ON MOTION TO ENROLL

Considering the foregoing Motion to Enroll,

IT IS HEREBY ORDERED that Steven G. Durio, Louisiana Bar Roll Number 05230 and Lauren Noel Maurer Louisiana Bar Roll Number 37243, be and is hereby permitted to enroll in this proceeding as counsel of record for Defendant Superior Staffing, LLC Superior Disaster Relief, LLC and Scott Butuad.

Lafayette, Louisiana this _____ day of June, 2021.

_____
HONORABLE JUDGE

**PLEASE SERVE DEFENDANT:**

LAW OFFICES OF
KENNETH W. DEJEAN
Kenneth W. DeJean
Adam R. Credeur
417 W. University Avenue
P.O. Box 4325
Lafayette, LA 70502

BRUCHNER BURCH PPLC
Richard J. Burch
8 Greenway Plaza, Suite 1500
Houston, TX 77046

JOSEPHSON DUNLAP
Michael A. Josephson
11 Greenway Plaza, Suite 3050
Houston, TX 77046