**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**WILLIAM VOYLES**                                            **CASE NO. 6:18-CV-01410**

**VERSUS**                                                     **JUDGE ROBERT R. SUMMERHAYS**

**SUPERIOR STAFFING, LLC, ET AL.**              **MAGISTRATE JUDGE DAVID J. AYO**

---

## MOTION FOR RECONSIDERATION

NOW INTO COURT, through undersigned counsel, come Defendants, Superior Staffing, LLC, Superior Disaster Relief, LLC, and Scott Butaud ("Defendants"), who respectfully move this Honorable Court to reconsider its September 27, 2023 Ruling on Plaintiffs' Motion for Default Judgment ("Motion"), for the following reasons:

1.

The Court's September 27, 2023, ruling granting Motion should be reconsidered.

2.

In support of this motion, Defendants submit a memorandum of points and authorities is filed and served herewith. Taken together, the ruling imposed an inappropriately severe sanction on Defendants, imposed an improper individual sanction upon Mr. Butaud, all of which prejudiced Defendants.

3.

Defendants also move this Honorable Court to continue the trial date in this matter currently set to begin on December 4, 2023, respectfully representing:

1

4.

This matter was instituted as a Complaint on October 30, 2018, against Defendants. Plaintiffs alleged unpaid waged due to them by Defendants as Defendants' former employees.

5.

On September 29, 2019, a Motion to Set Aside Entry of Default, Rec. Doc. No. 24, was filed by Defendants' original counsel in this matter.  This first default was set aside because it was not "willful" (Rec. Doc. 43).

6.

The record in this matter reflects a second default entered on November 20, 2020.  (Rec. Doc. 74).  It appears that no motion for entry of a default judgment under F.R.C.P. 55 had been filed since then, but the matter had already, in the May 18, 2020, Scheduling Order, been set for trial on July 6, 2021 (Rec. Doc. 61).

7.

In the Pretrial Conference on June 23, 2021, the July 6th trial was continued without date (Rec. Doc. 77) and the parties were ordered to submit a briefing schedule regarding any final judgment, after either submission of Affidavits, as suggested by the plaintiff, or an evidentiary hearing, as suggested by defendants, or both.

WHEREFORE, in light of the foregoing and the attached Memorandum in Support, Defendants respectfully move this Court to reconsider its September 27, 2023, ruling on the Motion for Default Judgment.

Dated this the 24th day of October 2023.

2

Respectfully submitted,

/s/ Lauren Ashley Noel
LAUREN ASHLEY NOEL (#37243)
**Lauren & Co., Attorneys at Law**
Post Office Box 1362
Lafayette, LA   70583
Phone:   (337) 385-0543
Email:   lauren@laurenandco.net
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading was electronically filed with the Clerk of the Court using the CM/ECF system which sent a notice of electronic filing to counsel as indicated by the Court.

Lafayette, Louisiana, this 24th day of October 2023.

/s/ Lauren Ashley Noel
LAUREN ASHLEY NOEL

3