UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**WILLIAM VOYLES**           CASE NO. 6:18-CV-01410

**VERSUS**                   JUDGE ROBERT R. SUMMERHAYS

**SUPERIOR STAFFING, LLC, ET AL.**   MAGISTRATE JUDGE DAVID J. AYO

## SUPPLEMENTAL and AMENDED RULING

On September 27, 2023, the Court issued a Ruling granting Plaintiffs' Motion for Default Judgment.[1] In the Ruling, the Court calculated the amount of unpaid wages owed to all Plaintiffs, except for Josh Cartledge and Michael Kucik. With regard to Cartledge and Kucik, the Court found there were evidentiary issues necessitating a hearing.[2] A hearing was set for December 4, 2023. On December 1, 2023, the parties filed a stipulation stating in pertinent part, "Under the Court's prior rulings, the parties agree the resulting damages award to Mr. Kucik would be $54,950.00. For Mr. Cartledge, the resulting damages award would be $9,625.00."[3] In light of the parties' stipulation, the evidentiary hearing was cancelled.[4] The Court now issues this Supplemental and Amended Ruling.

**4.    Jackson Wright**

The Court made typographical and arithmetic errors in its original calculation of Jackson Wright's damages.[5] The figures underlined below represent the corrected calculations:

---

[1] ECF No. 106; *see also* ECF No. 107.
[2] ECF No. 106 at 23-24.
[3] ECF No. 118.
[4] ECF No. 119.
[5] *See* ECF No. 106 at 21-22.

The parties agree Wright was employed by Defendants from June 24, 2018, to September 16, 2018, his day rate was $275, and he worked 7 days per week, 12 hours per day.[6] Therefore, Wright's regular rate was $22.92 per hour, and for each full workweek he is owed an additional $504.24 in unpaid overtime wages.[7] As Wright worked 12 full workweeks, he is owed $6,050.88 in unpaid overtime wages and an equal amount in liquidated damages for a total of $12,101.76. Wright additionally asserts he was not paid at all for his final 42 days of employment and is therefore owed an additional $11,550.00 in contractual damages. Accordingly, Wright will be awarded a total of **$23,651.76** in unpaid wages.

**7.      Josh Cartledge**

In light of the parties' stipulation, the Court will award Cartledge a total of **$9,625.00** in unpaid wages.

**8.      Michael Kucik**

In light of the parties' stipulation, the Court will award Kucik a total of **$54,950.00** in unpaid wages.

## Conclusion

For the reasons set forth in the Court's Ruling issued on September 27, 2023 [ECF No. 106], as supplemented and amended by this Ruling, Plaintiffs' Motion for Default Judgment is GRANTED and damages will be awarded as follows:

- $25,668.72 to William Voyles, to be recovered from Defendants, Superior Staffing, LLC, Superior Disaster Relief, LLC, and Scott Butaud, jointly and severally.

- $12,831.28 to Johnathan Reprogle, to be recovered from Defendants, Superior Staffing, LLC, Superior Disaster Relief, LLC, and Scott Butaud, jointly and severally.

---

[6] ECF No. 88 at 4, 5; ECF No. 89 at 8.
[7] *See* https://webapps.dol.gov/elaws/whd/flsa/otcalc/otreport.asp.

- $22,600.00 to Mike Williams, to be recovered from Defendants, Superior Staffing, LLC, Superior Disaster Relief, LLC, and Scott Butaud, jointly and severally.

- $23,651.76 to Jackson Wright, to be recovered from Defendants, Superior Staffing, LLC, Superior Disaster Relief, LLC, and Scott Butaud, jointly and severally.

- $16,135.24 to Michael McGee, to be recovered from Defendants, Superior Staffing, LLC, Superior Disaster Relief, LLC, and Scott Butaud, jointly and severally.

- $2,016.96 to Billy Whitley, to be recovered from Defendants, Superior Staffing, LLC, Superior Disaster Relief, LLC, and Scott Butaud, jointly and severally.

- $9,625.00 to Josh Cartlege, to be recovered from Defendants, Superior Staffing, LLC, Superior Disaster Relief, LLC, and Scott Butaud, jointly and severally.

- $54,950.00 to Michael Kucik, to be recovered from Defendants, Superior Staffing, LLC, Superior Disaster Relief, LLC, and Scott Butaud, jointly and severally.

Within fourteen days of issuance of this Ruling, counsel for Plaintiffs are to submit their motion for attorneys' fees and costs.

THUS DONE in Chambers on this 11th day of December, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE